UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STACEY CROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 3:09-cv-0106-RLY-WGH |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This cause came before the Court upon the parties' Stipulation of Dismissal and the Court having considered said Stipulation of Dismissal and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**SO ORDERED** this 4th day of December 2009.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies:

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Timothy J. Sostrin
MACEY & ALEMAN, P.C.
tjs@legalhelpers.com